NO 91-413
IN THE
COURT OF APPEALS
THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

**FILED**
*November 21, 2016*
Third Court of Appeals
Jeffrey D. Kyle
Clerk

ARDELL NELSON Jr   (Date 11-17-16)   APPELLANT

vs.

THE STATE OF TEXAS   03-16-00717-CV   APPELLEE

APPEAL FROM THE 331st JUDICIAL DISTRICT COURT TRAVIS COUNTY TEXAS,   CAUSE NO 03 00 717-CV

RULE 49.8. MOTION FOR EXTENTION OF TIME UNDER STATE RULE OF APPELLATE PROCEDURE RULE 49. MOTION FOR REHEARING AND EN BANC RECONSIDERATION RULE 49.1 and 49.7

1.) Relator: Ardell Nelson, Jr an inmate Proceeding Pro,se Request Motion For extention of Time For good Causes,

2) Relator: Ardell Nelson, Jr Respectfully request the Court OF Appeals THIRD DISTRICT OF TEXAS, To extend the time to File Appellant's APPEAL TO Objection to THIRD COURT OF Appeals MEMORANDUM OPINION.

3 Relator: And in support of this "Motion" Relator Would Respectfully show:



RECEIVED
NOV 21 2016
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Pg(1)

4) <u>Relator</u>: Aidell Nelson Jr Doesn't use the exsuce of being unskiledful in The law and Your Applicant (Aidell Nelson Jr) is not an Attorney lor schooled in the law and as Drafted by lawyer. Calhoun v. Hargrove 312 F3d 730 (5th cir 2002); Hains V. Kerner 92 S.Ct. 594 30.L.Ed 652 (1971);

5) <u>Relator</u>: which wishes to Appeal an objectun to Memorandum opinun; However 3Rd Court of Appeals Claims Nelson has failed to provide this Court with a Copy of the Motion, and any Correspondence to this district Court Requesting a ruling on that Motion lor any other documentation indicating that the motion was properly filed in the District Court below and district Court failed to rule on the motion within reasonable time.

6) <u>Relator</u>: Request The Reason for extention Is that this units Law librarian Libary Facilities and sessions are not Lengthy enough For him To Investigate and Prepare his Appeal.

7) The "Motion" is not sought For Purposes of delay. but the interest of Justice.

## PRAYER

wherefore, the Appellant Prays that the THIRD Court of Appeals <u>GRANT</u> Extend the time of Filing this Appeal.

pg(2)

## SWORN AFFIDAVIT

I, Ardell Nelson Jr # 482188 I am sound mind and capable of Making This Fully AQuanted with the Facts under the penalty an PerJury the For going is true 28 U.S.C 1746 STATE Law V.T.C.A 132.001 Civ Proc. And Rem Code 132.003

## Conclusion And Prayer

Wherefore premises Considered, Applicant Prays This Court allow The RELATOR (Ardell Nelson Jr) to be GRANTED The Extended time For (25) daYR Due To Holidays To Prepare his Appeal and objection To The Court of Appeals Third District of Texas Memorandum-Opinion Nov, 4, 2016.

## CERTIFICATE OF SERVICE

I, Presently incarcerated in Stringfellow unit (R2) (TDCJ) under penalty of PerJury, Pursuant to 28 U.S.C § 1746 do hereby affirm that I have delivered a copy of this ~~prison mailroom~~ Motion For extention To this Prison MailRoom officals To the following: Court of Appeals THIRD DISTRICT P.O. Box 12547 Austin Texas (NAMR) 2547

L.C on file
11-17-16

x Executed on this Day 1-17-2016
x Ardell Nelson Jr # 482188

MR ARDELL NELSON JR
STRINGFellow Unit
1200 FM 655
TDCJ NO. 482188
Rosharon, TX 77583



COURT OF APPEALS
THIRD DISTRICT
P.O. BOX 12547
AUSTIN, TEXAS 78711-2547

78711$2547 B007